TITLE GUARANTEE AND TRUST COMPANY and Another v. CORINNE HOFHEIMER and Others.— Motion for leave to appeal to the Court of Appeals or for a reargu-

ment and for a stay denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Untermyer and Dore, JJ.